IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EARL RAYMOND MILLION, #1170997 | § | |
| VS. | § | CIVIL ACTION NO. 5:14cv11 |
| DAWN E. GROUNDS, ET AL. | § | |

**O R D E R**

Plaintiff Earl Raymond Million, an inmate previously confined at the Telford Unit of the Texas prison system, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's motion for a temporary restraining order and/or preliminary injunction should be denied. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. It is specifically noted that any complaints that the Plaintiff may have about the conditions of his current confinement should be presented to the court having jurisdiction over the unit where he is presently confined, as opposed to this Court. Therefore the Court adopts the findings and conclusions of the Magistrate Judge as the findings an conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #63) is **ADOPTED**. It is further

1

**ORDERED** that the Plaintiff's motion for a temporary restraining order and/or preliminary injunction (docket entry #61) is **DENIED**.

**It is SO ORDERED**.

**SIGNED this 30th day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE